# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

November 27, 2017

BEFORE

DIANE P. WOOD, Chief Judge

| No. 17-2697 | PENSION TRUST FUND FOR OPERATING ENGINEERS, et al., Plaintiffs - Appellants <br><br> v. <br><br> KOHL'S CORPORATON, et al., Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 2:13-cv-01159-JPS <br> Eastern District of Wisconsin <br> District Judge J. P. Stadtmueller ||

Upon consideration of the **DEFENDANTS-APPELLEES' UNOPPOSED MOTION TO RESCHEDULE ORAL ARGUMENT**, filed on November 17, 2017, by counsel for Appellee Kohl's Corporaton, Appellee Kevin Mansell, Appellee Wesley McDonald,

**IT IS ORDERED** that the motion is **GRANTED** and the oral argument in this appeal scheduled for January 4, 2017, is **VACATED**.

form name: **c7_Order_Arg_M_O_Vac**(form ID: **224**)